# United States District Court
## Northern District of Mississippi

FILED
MAR 11 2002
Arlen B. Coyle, Clerk
By _____ Deputy

UNITED STATES OF AMERICA

v.         Case Number 2:01CR00129-001

MELISSA DAVIS
Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, MELISSA DAVIS, was represented by Bobby T. Vance.

The defendant pleaded guilty to count(s) 2 of the indictment filed on 10/24/01. Accordingly, the defendant is adjudged guilty of such count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1709 | Embezzlement of Mail Matter by a Postal Employee | 1/31/01 | 2 |

As pronounced on 3/7/02, the defendant is sentenced as provided in pages 1 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100, for count(s) 2, which shall be due immediately. All criminal monetary penalties to include special assessments, fine, and/or restitution (including community restitution) shall be made to the Clerk, U.S. District Court, 911 Jackson Avenue, Room 369, Oxford, MS 38655. Payment shall be tendered in cash, postal money order, or certified bank check only. Personal checks will not be accepted.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the _____ day of March, 2002.

Neal B. Biggers, Jr.
SENIOR U. S. DISTRICT JUDGE

---

Defendant's SSN: ###-##-8224
Defendant's Date of Birth: ##/##/79
Defendant's Mailing Address: [redacted], Coldwater, MS 38618
Defendant's Residence Address: [redacted], Coldwater, MS 38618
Defendant's USM No: 11512-042

192

CRIMINAL JUDGMENT BOOK
BOOK 69 PAGE(S) 192-194
DATE: 3-12-02

Defendant: MELISSA DAVIS  Judgment--Page 2 of 3
Case Number: 2:01CR00129-001

# PROBATION

The defendant is hereby placed on Probation for a term of 5 years.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable)

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon pursuant. (Check, if applicable)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of Probation that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of Probation in accordance with the Fine and Restitution sheet of the judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF PROBATION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to such controlled substance, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S Sheet 4a - Probation

Defendant: MELISSA DAVIS                                                                 Judgment--Page 3 of 3
Case Number: 2:01CR00129-001

## SPECIAL CONDITIONS OF PROBATION

While the defendant is on probation pursuant to this Judgment:

1. The defendant shall comply with the conditions of Home Detention for a period of __6__ months. The defendant shall be required to wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay $4.25 each day while wearing an electronic monitoring device to offset the cost of the program.

194